# United States Court of Appeals
## For the First Circuit
_____

No. 02-1444

FRED J. CALEF, JR.,

Plaintiff, Appellant,

v.

THE GILLETTE COMPANY,

Defendant, Appellee.

_____

ERRATA SHEET

The opinion of the court, issued March 11, 2003, should be amended as follows:

On page 25, line 8: "In 1993 he was warned" should instead read "In 1992 he was warned"